NOTE—Reported at 394 N.E.2d 201.

EMMA JEAN CHILDERS MACIEJACK AND ROY TOLSON
*v.* STATE OF INDIANA.

[No. 3-176A14. Filed September 6, 1979. Rehearing denied November 15, 1979. Transfer granted May 16, 1980.]

REPORTER'S NOTE: This opinion is reported at 393 N.E.2d 272, Judge Staton dissenting. The Supreme Court accepted transfer and vacated the opinion of the Court of Appeals under number 580S137. That opinion is reported at 404 N.E.2d 7.

---

2. It is worthy of note that the affidavit in this case was deficient in two additional ways. It failed to particularly describe the things to be searched for, and it failed to allege that the affiant believes and has good cause to believe that the things to be searched for are concealed in the place to be searched. See: IC 1971, 35-1-6-2 (Burns Code Ed., 1975).